UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Clarke Spottswood, | Case No. 22-cv-2604 (WMW/JFD) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Woodbury Police Department, | |
| Defendant. | |

This matter is before the Court on the December 1, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty.  (Dkt. 7.) No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews a R&R for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.  Pursuant to Federal Rule of Civil Procedure 41(b), the Court dismisses Plaintiff Shawn Clarke Spottswood's complaint for failure to prosecute his claim.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The December 1, 2022 R&R, (Dkt. 7), is **ADOPTED**.

2.      Plaintiff Shawn Clarke Spottswood's complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3.      Plaintiff Shawn Clarke Spottswood's application to proceed in district court without prepaying fees or costs, (Dkt. 4), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 10, 2023                          s/Wilhelmina M. Wright
                                                  Wilhelmina M. Wright
                                                  United States District Judge